29 A.3d 762

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vincent A. COLLIER, Petitioner.**

No. 44 EM 2011.

Supreme Court of Pennsylvania.

Sept. 30, 2011.

## *ORDER*

PER CURIAM.

And now this 30th day of September, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122 (a defendant is entitled to a counsel-prepared Petition for Allowance of Appeal on direct appeal). Counsel is directed to file the petition within 14 days of this order.